DISTRICT JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERIC PONDELICK, ) <br> ) <br> Defendant. ) <br> ) <br> ) | NO. CR10-5611RJB <br><br> ORDER ON DEFENDANT'S MOTION TO ALLOW ATTORNEY TIMOTHY R. LOHRAFF TO BRING CIVILIAN CLOTHES FOR ERIC PONDELICK AND FOR MR PONDELICK TO BE CLOTHED IN CIVILIAN CLOTHES FOR TRIAL |

THE COURT having considered the motion for defense counsel to be allowed to bring civilian clothing to his client and the U.S. Marshall to allow Eric Pondelick to change into civilian clothing for trial, the Court hereby makes the following findings:

IT IS THEREFORE ORDERED that defense counsel be allowed to bring civilian clothing to Mr. Eric Pondelick at the U.S. Marshall's lock up in the federal courthouse in Tacoma, WA and that the U.S. Marshall allow Mr. Pondelick to wear civilian pants, shirt, belt, tie and shoes.

DONE this  22nd  day of November, 2010.

_/s/ Robert J Bryan_
Robert J Bryan
United States District Judge

Presented by:

s/Timothy R. Lohraff Bar No. 32145
 Attorney for Eric Pondelick
 PO Box 1512
 Tacoma, WA   98401
 206/940-6523
 Lohrafflaw@gmail.com